**2002–0525.   DeMastry v. Tambi.**

In Habeas Corpus. On petition for writ of habeas corpus of Gary DeMastry. Sua sponte, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2001–1726.   In re Maloney.**

Butler App. No. CA2000–08–168. On motion for admission pro hac vice of Heather C. Sawyer by Elliot T. Fishman for the Ohio Psychological Association et al. Motion granted.

**2002–0298.   State ex rel. Illum. Co. v. Cuyahoga Cty. Court of Common Pleas.**

In Prohibition. On motion to dismiss, motion for leave to intervene of All Erection & Crane Rental Corporation, and motion to dismiss of All Erection & Crane Rental Corporation. Sua sponte, motion for leave to intervene granted and alternative writ granted.

F.E. SWEENEY and PFEIFER, JJ., dissent and would grant the motions to dismiss.

COOK, J., not participating.

**2002–0410.   State v. Eakin.**

Licking App. No. 01CA00087. On motion for stay of case pending the Fifth District Court of Appeals' decision on a motion for appointment of counsel. Motion denied.

**2002–0464.   Carpenter v. Carpenter.**

Wood App. No. WD–01–028, 2002-Ohio-526. On motion for stay of execution of court of appeals' judgment. Motion denied.

**2002–0471.   State v. Manderbach.**

Hamilton App. No. C–970934. On motion for leave to file delayed appeal. Motion denied.

**2002–0476.   State v. Sheridan.**

Franklin App. No. 01AP–506, 2001-Ohio-3980. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2002–0488.   State v. Owens.**

Franklin App. No. 00AP–859. On motion for leave to file delayed appeal. Motion denied.

**2002–0501.   State v. Richardson.**

Hamilton App. No. C–000361. On motion for leave to file delayed appeal. Motion denied.

**2002–0508.   State v. Chapman.**

Franklin App. No. 01AP–650, 2001-Ohio-8858. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2002–0513.   State v. Harper.**

Franklin App. Nos. 01AP–201, 01AP–202, 01AP–203, 01AP–204 and 01AP–205, 2001-Ohio-8875. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2002–0516.   State v. Perkins.**

Cuyahoga App. No. 76321. On motion for leave to file delayed appeal. Motion denied.

**2002–0521.   State v. Nooks.**

Franklin App. No. 99AP–760. On motion for leave to file delayed appeal. Motion denied.

**2002–0541.   Charter One Bank F.S.B. v. Hamburger.**

Lucas App. No. L–01–1332, 2002-Ohio-745. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

DOUGLAS, J., not participating.